IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | NO. 4:09CR193 |
| v. § | Judge Folsom |
| § | |
| § | |
| BERAT SHABANI (8) § | |
| a.k.a. "Beni" § | |

## NOTICE OF PLEA AGREEMENT

TO THE HONORABLE DAVID FOLSOM UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

The United States of America, through the undersigned Assistant United States Attorney, and files this NOTICE OF PLEA AGREEMENT in the above entitled case, and in support thereof would show this court the defendant, Berat Shabani, his counsel of record, Robert Arrambide of Sherman, Texas and the United States reached a written plea agreement in the above entitled matter. Accordingly, the parties respectfully request that the court schedule a hearing for a change of plea.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/
HEATHER RATTAN
Assistant United States Attorney

## Certificate of Service

      I hereby certify a true and correct copy of the foregoing was served by electronic filing by CM/ECF to Robert Arrambide on this the 30th day of March 2010.

/s/ _____
Heather Rattan