| | |
|---|---|
| DATE: | January 26, 2011 |
| LOCATION: | Sherman, TX |
| JUDGE: | David Folsom |
| DEP. CLERK: | Sammie Hedges |
| RPTR/ECRO: | Lori Barnett, Bryn & Associates |
| USPO: | Robert Blanco |
| INTERPRETER: | |

**CASE NO:** 4: 09 cr 193 (8)

**USA VS. BERAT SHABANI**

| Heather Rattan | Assigned | Robert Arrambide |
|---|---|---|
| " " | Appeared | Attorney for Defendant |

BEGIN: 11:03 am
ADJOURN: 11:30 am

## SENTENCING MINUTES

✖ Sentencing called ☐ Sentencing held
   Court adopts PSR in its entirety
   Court DEPARTS from guidelines

✖ Objections(PSR) by *Dft*  Granted in part - deft will receive 2 pts for acceptance of responsibility for a total offense level of 39 which calls for a term of 262 - 327 months.  Defendant's request for a variance DENIED.

| CT | CUSTODY | CC/CS | w/CT | FINE | REST | SP/ASS | PROB | SUP/REL | CC/CS w/CT | FED BENEFITS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 262 months | ** | | waived | interest waived | $100 | | 5 year(s) | | 5 years |

** This sentence shall run concurrently with any sentence which may be imposed in Case No. F-2009-0521-D in the 362nd Judicial District Court of Denton County, Texas.

### BOP RECOMMENDATIONS:

| | |
|---|---|
| ✖ Dft be designated to: **FCI, Ft Worth, TX**<br>  Dft participate in the **Inmate Financial Responsibility Program**<br>  Dft participate in **Intensive Confinement Center** | ✖ Dft participate in **Substance Abuse Treatment Program**<br>  Dft participate in the **500-Hr Drug Treatment Program**<br>  Dft participate in **Sexual Offender Program** |

### SPECIAL CONDITIONS – THE DEFENDANT SHALL:

✖ **WITHIN 72 HOURS** of release from BOP, **REPORT in person** to the probation office in the district to which the dtf is released.

✖ **NOT COMMIT** another federal, state or local crime & **COMPLY w/Standard Conditions** of release & the following additional conditions.

✖ **NOT possess a FIREARM** or other destructive device.

✖ **PAY** any **FINANCIAL PENALTY** that is imposed by this judgment & remains unpaid at the commencement of SUP/REL

✖ **SUBMIT to DRUG TEST** w/n 15 days of release    ☐ Court suspends mandatory drug testing.

✖ Cooperate in collection of **DNA** as directed by Probation    ✖ Be **SURRENDERED to INS** for deportation proceeding.

✖ **Provide** the probation officer with access to any requested **FINANCIAL INFORMATION.**

✖ Participate in a **Program** of testing and treatment for    ✖✖    **DRUG & ALCOHOL abuse**

  Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer

  shall not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full.

  Participate in a combination of **psychiatric, psychological, or mental health treatment** deemed appropriate by treatment provider.

  **FORFEIT** to the USA interest in property listed in Plea Agreement

| | | | |
|---|---|---|---|
| ✖ Dft **REMANDED** to the USM. | | ☐ **REMAINING** Counts **dismissed** on Govt's Motion | |
| | ✖ USM<br>  ☐ Designated FCI | ✖ Dft advised of **right to appeal** & court appointed counsel | |
| | | X Presentence Report Sealed. | |
| Dft's **bond**  ☐ set  ☐ reduced to $_____<br>  ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured | | X **Minutes** filed | **FILED: January 26, 2011**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br>DAVID J. MALAND, CLERK |
| **Bond continued** | in this case  other case # _____ | **Exhibit** list filed | |
| | | **Witness** list filed. | |
| Dft failed to appear | Ord/Arrest Warrant  BND forfeited. | See reverse/attached for additional proceedings | |

FORM TXED-118

Case 4:09-cr-00193-ALM-KPJ   Document 166   Filed 01/26/11   Page 2 of 2 PageID #:  403