General Order 17-05

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**GENERAL ORDER REASSIGNING SHERMAN DIVISION CRIMINAL CASES**

Effective April 1, 2017, Sherman Division criminal cases shall be reassigned/assigned as follows: Cases assigned to U.S. District Judge Marcia Crone shall be referred to Magistrate Judge Christine A. Nowak. Cases assigned to U.S. District Judge Amos L. Mazzant shall be referred to Magistrate Judge Kimberly C. Priest Johnson.

The following cases are exempted from the reassignment of cases set forth herein:

1. USA v. Jose Victor Hernandez-Cuellar, 4:16cr111-ALM-CAN
2. USA v. Jessie Jerome Jorden, et al., 4:16cr73-ALM-CAN
3. USA v. Anthony John Yanis, et al., 4:16cr128-MAC-KPJ
4. USA v. Salvador Parrish Rodriguez-Pulido, et al., 4:16cr34-MAC-KPJ
5. USA v. Ryan Lee Hastings, 4:16cr89-MAC-KPJ

Signed this  22nd  day of March, 2017.

FOR THE COURT:

_____
RON CLARK
Chief Judge